In the Matter of the Examination of EDGAR O. HAYES, Judgment Debtor, Appellant, in Proceedings Supplementary to Execution upon Application of the DEERPARK BREW CO., INC., Judgment Creditor, Respondent.— Order adjudging judgment debtor in contempt affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ., concur.

In the Matter of the Petition of GEORGE J. SCHNELLER, Respondent, to Enforce an Attorney's Lien against the Judgment Filed in the Queens County Clerk's Office on July 11, 1921, Entitled, CHRISTOPHER BRENNAN, Appellant, v. MAX B. ROGERS, Defendant.— Order granting motion to establish and enforce an attorney's lien affirmed, with ten dollars costs and disbursements. No opinion. Rich, Young, Hagarty and Carswell, JJ., concur; Lazansky, P. J., dissents. [136 Misc. 84.]

In the Matter of the Application of ROY H. SLOANE, Appellant, to Vacate, Annul and Set Aside a Judgment of the Court and to Revoke a Commitment to Sing Sing. THE PEOPLE OF THE STATE OF NEW YORK, Respondent. (Appeal No. 2.)*— Order of the County Court of Westchester county denying motion to set aside judgment of conviction affirmed. No opinion. Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ., concur.

In the Matter of the Application of ROY H. SLOANE, Appellant, for a Writ of Mandamus to Compel Hon. FREDERICK P. CLOSE, County Judge of Westchester County, Respondent, to Take Jurisdiction. (Appeal No. 3.)†— Order denying application for peremptory mandamus order affirmed. No opinion. Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ., concur.

---

* Appeal dismissed, 255 N. Y. 112. † Revd., 255 N. Y. 112.